**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-CIV-22724-GAYLES/OTAZO-REYES**

JUAN NIEVES,

    Plaintiff,

v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION and JANET DHILLON,
CHAIR OF THE EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Defendants.

_____/

**MEDIATOR'S REPORT**

    Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

    The Mediation was held on the 19th day of July, 2022 at 10:00 a.m. All parties and their counsel appeared. The mediation proceeded via Zoom. A resolution was reached subject to the execution of a formal settlement agreement.

Dated this 19th day of July, 2022

        Respectfully submitted,
        **Neil Flaxman, Esq.**
        Florida Supreme Court Certified Circuit & Appellate Mediator
        L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
        L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
        Brickell City Tower, Suite 3100
        80 Southwest 8th Street
        Miami, Florida 33130
        Tel: 305-810-2786- Fax: 305-810-2824
        E-mail: neil@flaxmanmediations.com

By:    *s/ Neil Flaxman*
        Neil Flaxman, Esq.
        Fla. Bar No. 025299